## Commonwealth *v.* Gibbs, Appellant.

Submitted December 11, 1970. *Eric L. Lilian*, for appellant; *Norris Gelman* and *Milton M. Stein*, Assistant District Attorneys, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Gittlemacker, Appellant.

Submitted June 16, 1971. *Richard M. Lovenwirth*, Assistant Public Defender, for appellant; *Stewart J. Greenleaf*, Assistant District Attorney, *William T. Nicholas*, Executive Assistant District Attorney, and *Milton O. Moss*, District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAULDING, J., absent.